Commonwealth *v.* Perrine, Appellant.

Submitted September 27, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Joseph Paul Valentino,* and *Routman, Moore, Goldstone & Valentino,* for appellant.

*Robert F. Banks,* First Assistant District Attorney, and *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order affirmed.